919 A.2d 193

**Kimberly N. ORTENZIO, Appellee,**

v.

**John M. ORTENZIO, Appellant.**

Supreme Court of Pennsylvania.

March 26, 2007.

Jordan Daniel Cunningham, Esq., Kelly Marie Knight, Esq., Cunningham & Chernicoff, P.C., Harrisburg, for John M. Ortenzio.

Delano M. Lantz, Esq., McNees, Wallace & Nurick, L.L.C., for Kimberly N. Ortenzio.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, BAER and BALDWIN, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2007, the appeal is dismissed as having been improvidently granted.

Justice SAYLOR and EAKIN did not participate in the consideration or decision of this case.

Justice NEWMAN did not participate in the decision of this case.